

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Kendall Biggs, Appellant

No. 06-20-00062-CR     v.

The State of Texas, Appellee

Appeal from the 241st District Court of Smith County, Texas (Tr. Ct. No. 241-0691-19). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by changing the $25.00 time payment fee to $2.50 and by deleting the "additional time payment fee of $15.00." As modified, the trial court's judgment is affirmed.

We note that the appellant, Kendall Biggs, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 20, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk